### Walter D. Stilabower, appellee, v. Benjamin F. Fletcher, appellant.

Action to recover for damage to automobile and medical treatment of wife due to collision with defendant's automobile. Judgment for plaintiff. Appeal from the Circuit Court of Moultrie county; the Hon.

George A. Sentel, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed April 27, 1920.

E. J. Miller, for appellant. W. A. Doss, J. L. McLaughlin and Elliott Billman, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.